1 Amanda Brubaker, in her official capacity as the Records Custodian for the Colorado Department of Human Services, Petitioner v. Colorado Sun and Tegna, Inc., d/b/a KUSA-TV/9News, Respondent No. 23SC927
Supreme Court of Colorado, En Banc
August 5, 2024
 Court of Appeals Case No. 21CA1608 
 
 Petition for Writ of Certiorari GRANTED. 
 Whether the court of appeals erred as a matter of law in concluding that section 19-1-307(1)(a), C.R.S. (2023), is ambiguous. 
 Whether, if the court of appeals correctly concluded that section 19-1-307(1)(a) is ambiguous, it erred in concluding the legislative history and Peck v. McCann, 43 F.4th 116 (10th Cir. 2022), support its interpretation of the statute.